MILES, BAUER, BERGSTROM & WINTERS, LLP
Tami S. Crosby, SBN 129021
1231 E. Dyer Road, Suite 100
Santa Ana, CA  92705
714-481-9100 Telephone
714-481-9152 Facsimile
tcrosby@mileslegal.com


Attorneys for Defendant
PMAC LENDING SERVICES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SANCHEZ, an individual, | Case No:   **2:09-cv-09171-JHN -CTx** |
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| v. | Assigned: |
| | Hon. Jacqueline H. Nguyen, Rm. 1600 |
| PMAC LENDING SERVICES, INC., a California Corporation, ONEWEST BANK, F.S.B., CITIMORTGAGE, INC., a New York Corporation, MTC FINANCIAL, INC., a California Corporation, FEDERAL HOME LOAN MORTGAGE CORPORATION, a Government-Sponsored Enterprise and DOES 1 through 10, inclusive | Trial Date:  None |
| Defendants | |

    Defendant PMAC LENDING SERVICES, INC.'s Motion to Dismiss Plaintiff's Complaint was granted on March 11, 2010.  With respect to Defendant PMAC

1  LENDING SERVICES, INC., the Court dismissed *with prejudice* Plaintiff's first,
2  second, third, fourth, eighth, ninth, and tenth causes of action.  The Court dismissed
3  Plaintiff's remaining claims *without prejudice* for lack of subject matter jurisdiction.
4        In light of the foregoing, the following is hereby ORDERED:
5           1.   Judgment of Dismissal is entered in favor of Defendant PMAC
6               SERVICES LENDING, INC.

8  Dated: June 11, 2010      By: _____
                                      Honorable Jacqueline H. Nguyen
                                      Judge of the District Court